JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MALCOLM MACKINNON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JIMMY GEORGE FRANCIS A/K/A J.G. FRANCIS D/B/A MERCEDES MOTORING, an individual; JANE DOE FRANCIS; and MERCEDES MOTORING, INC., a California corporation,<br><br>Defendants. | CASE NO. 2:23−cv−07414−SVW−SK<br><br>**ORDER OF DISMISSAL OF COMPLAINT WITH PREJUDICE** |

Pursuant to the Stipulation of Plaintiff Malcolm MacKinnon ("Plaintiff") and Defendants Jimmy George Francis a/k/a J.G. Francis d/b/a Mercedes Motoring ("Mr. Francis"), Kelly Maria Francis f/k/a Jane Doe Francis ("Ms. Francis"), and Mercedes Motoring, Inc. ("Mercedes Motoring", together with Mr. Francis and Ms. Francis, each a "Defendant", and collectively, the "Defendants"), and for good cause appearing,

1     IT IS HEREBY ORDERED dismissing with prejudice the Complaint [Dkt.
2 No. 1] filed in the above-captioned action by Plaintiff and against Defendants, as to
3 any claims arising thereunder as of the date the Complaint was filed, with each of the
4 parties to bear their own attorneys' fees and costs in relation thereto.

5     **IT IS SO ORDERED.**

8 DATED: November 8, 2023

_____
Honorable Stephen V. Wilson
United States District Judge